UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Heather McVicker**

Case No. 10-82277
Chapter 13

Social Security No. xxx-xx-3634
Address: 302 N. Eses Drive, ,Chapel Hill, NC 27514-

Debtor

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor INTERNAL REVENUE SERVICES and dated February 7, 2011, for the following reasons:

The 2006 taxes, being due more that 3 years pre-petition and not being assessed within 240 das pre-petition, are not a priority debt under either 11 U.S.C. Section 507(a)(8)(A)(i)or ii).

**WHEREFORE**, the Debtor prays that the Court enter an Order determining the claim to be totally "unsecured" .

Dated: March 15, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Koury Hicks
Koury Hicks
N.C. State Bar No. 36204
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

claimomd.wpt (rev. 9/28/10)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Heather Mcvicker**

Case No. 10-82277
Chapter 13

Social Security No. xxx-xx-3634
Address: 302 N. Eses Drive, ,Chapel Hill, NC 27514-

Debtor

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on March 15, 2011. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

INTERNAL REVENUE SERVICES
**Attn: Managing Agent**
Post Office Box 7346
Philadelphia, PA 19101-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee

/s Renee Nolte
Renee Nolte