Form 160

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−82277

IN THE MATTER OF:
Heather Elizabeth McVicker    xxx−xx−3634
302 N. Estes Drive
Chapel Hill, NC 27514

    Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Objection to Claim # 7 of Interal Revenue Service in the amount of $38,426.25 Filed by Debtor Heather Elizabeth McVicker.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 4/17/11 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420−6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 5/5/11 at 11:00 AM in the following location:

*Courtroom − Venable Center*
*Dibrell Building − Suite 280*
*302 East Pettigrew Street*
*Durham NC 27701*

Dated: 3/16/11                                                                                   OFFICE OF THE CLERK/mtg